# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| The Boeing Company ) | ASBCA No. 61742 |
| ) | |
| Under Contract No. FA8505-14-D-0002 ) | |

APPEARANCES FOR THE APPELLANT:           Scott M. McCaleb, Esq.
                                         Jon W. Burd, Esq.
                                         Gary S. Ward, Esq.
                                           Wiley Rein LLP
                                           Washington, DC

APPEARANCES FOR THE GOVERNMENT:          Jeffrey P. Hildebrant, Esq.
                                           Air Force Deputy Chief Trial Attorney
                                         David K. Stark, Esq.
                                         Chun-I Chang, Esq.
                                           Trial Attorneys

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: March 7, 2019

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61742, Appeal of The Boeing Company, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals